IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE NEUSTAR, INC. SECURITIES LITIGATION | Case No. 14-CV-00885 JCC TRJ |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

Lead Plaintiff Indiana Public Retirement System ("Lead Plaintiff" or "INPRS"), on behalf of itself and all members of the proposed Settlement Class, respectfully moves this Court unopposed for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure: (a) granting preliminary approval to the proposed Settlement; (b) certifying the Settlement Class for settlement purposes; (c) approving the proposed form of Notice and Summary Notice; (d) approving the proposed methods of disseminating notice; (e) setting a date for the Settlement Hearing; and (f) such other and further relief as this Court deems just and proper.

Lead Plaintiff is contemporaneously filing a memorandum and accompanying Declaration of David J. Goldsmith and exhibits attached thereto, incorporated herein by reference, in support of this Motion.

A proposed Order Granting Preliminary Approval of Class Action Settlement, Approving Form and Manner of Notice, and Setting Date for Hearing on Final Approval of Settlement is also submitted herewith.

- 2 -

Dated:  August 6, 2015

Respectfully submitted,

| | |
|---|---|
| */s/ Elizabeth A. Aniskevich* | Joel H. Bernstein (*pro hac vice*) |
| Steven J. Toll (Va. Bar No. 15300) | Eric J. Belfi |
| Daniel S. Sommers | David J. Goldsmith (*pro hac vice*) |
| Elizabeth A. Aniskevich (Va. Bar No. 81809) | Eric D. Gottlieb |
| COHEN MILSTEIN SELLERS | LABATON SUCHAROW LLP |
|   & TOLL PLLC | 140 Broadway |
| 1100 New York Avenue N.W. | New York, New York  10005 |
| Suite 500, East Tower | Tel.: (212) 907-0700 |
| Washington, D.C.  20005 | Fax: (212) 818-0477 |
| Tel.: (202) 408-4600 | jbernstein@labaton.com |
| Fax: (202) 408-4699 | ebelfi@labaton.com |
| stoll@cohenmilstein.com | dgoldsmith@labaton.com |
| dsommers@cohenmilstein.com | egottlieb@labaton.com |
| eaniskevich@cohenmilstein.com | |
| | |
| *Liaison Counsel for Lead Plaintiff* | *Lead Counsel for Lead Plaintiff* |
| *Indiana Public Retirement System* | *Indiana Public Retirement System* |
| | *and the Proposed Settlement Class* |

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 6th day of August 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF.

                /s/ *Elizabeth A. Aniskevich*
                 Elizabeth A. Aniskevich