IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

|  |  |
|---|---|
| IN RE NEUSTAR, INC. SECURITIES LITIGATION | Case No. 14-CV-00885 JCC TRJ |

## LEAD COUNSEL'S MOTION FOR AN AWARD OF
## ATTORNEYS' FEES AND PAYMENT OF EXPENSES

Labaton Sucharow LLP, Court-appointed Lead Counsel for Lead Plaintiff Indiana Public Retirement System and the Settlement Class, will respectfully move this Court on December 3, 2015 at 10:00 a.m., before the Honorable James C. Cacheris, for an Order, pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, awarding attorneys' fees in the amount of nineteen (19%) percent of the Settlement Fund and ordering payment of litigation expenses in the amount of $119,507.44.

This motion is supported by a Memorandum of Law and Declaration of David J. Goldsmith with exhibits annexed thereto, both contemporaneously filed herewith, and all prior papers and proceedings in this action.

A proposed Order will be submitted with Lead Counsel's reply papers, after the deadlines for objection and seeking exclusion have passed.

- 2 -

Dated:  October 29, 2015

Respectfully submitted,


_/s/ Elizabeth A. Aniskevich_       
Steven J. Toll (Va. Bar No. 15300)
Daniel S. Sommers
Elizabeth A. Aniskevich (Va. Bar No. 81809)
COHEN MILSTEIN SELLERS
  & TOLL PLLC
1100 New York Avenue N.W.
Suite 500, East Tower
Washington, D.C.  20005
Tel.: (202) 408-4600
Fax: (202) 408-4699
stoll@cohenmilstein.com
dsommers@cohenmilstein.com
eaniskevich@cohenmilstein.com

*Liaison Counsel for Lead Plaintiff*
*Indiana Public Retirement System*

Joel H. Bernstein (*pro hac vice*)
Eric J. Belfi
David J. Goldsmith (*pro hac vice*)
Eric D. Gottlieb
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Tel.: (212) 907-0700
Fax: (212) 818-0477
jbernstein@labaton.com
ebelfi@labaton.com
dgoldsmith@labaton.com
egottlieb@labaton.com

*Lead Counsel for Lead Plaintiff*
*Indiana Public Retirement System*
*and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF.

/s/ *Elizabeth A. Aniskevich*
Elizabeth A. Aniskevich